

MINUTE ENTRY
FALLON, J.
February 8, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R. RAY ORRILL, JR., ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0299 |
| UNITED HEALTHCARE OF LOUISIANA, INC. | * | SECTION "L" (1) |

    Before the Court is plaintiffs' request that defendant not be granted an extension of time to plead.

    IT IS ORDERED that defendant submit any response to plaintiffs' motion to the Court within 5 days.

DATE OF ENTRY FEB 1 1 2000

