

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R. RAY ORRILL, Jr., and<br>TONI ORRILL, individually<br>and on behalf of their minor<br>child, JOHN WILLIAM<br>REMINGTON ORRILL, and on<br>behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>Versus<br><br>UNITED HEALTHCARE<br>OF LOUISIANA, INC.<br><br>Defendant. | * * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO. 00-0299<br><br>SECTION: L<br><br>MAGISTRATE: 1 |

* * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

**PLAINTIFFS** respectfully request to be heard on Defendant's Motion to Stay Discovery, set for hearing before this Honorable Court on March 1st, 2000, at 9:00 a.m. Plaintiffs respectfully submit that oral argument will aid and assist the Court in determining whether Defendant's Motion should or should not be granted.

DATE OF ENTRY FEB 2 4 2000



Respectfully submitted,

**RUSS M. HERMAN**, La. Bar No. 6819
**STEVEN J. LANE, T.A.**, La. Bar No. 7554
**STEPHEN J. HERMAN**, La. Bar No. 23129
**Herman, Herman, Katz & Cotlar, L.L.P.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone (504) 581-4892
Fax No. (504) 561-6024

**Attorneys for R. Ray Orrill, Toni Orrill, And Kim Clark, Plaintiffs.**

## ORDER

Considering Plaintiffs' Request for Oral Argument:

**IT IS HEREBY ORDERED** that Plaintiffs' Request is hereby **GRANTED**.

_____
J U D G E