

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R. RAY ORRILL, Jr., and | * | CIVIL ACTION |
| TONI ORRILL, individually | * | |
| and on behalf of their minor | * | NO. 00-0299 |
| child, JOHN WILLIAM | * | |
| REMINGTON ORRILL, and on | * | |
| behalf of a class of others similarly situated, | * | SECTION: L |
| | * | |
| Plaintiffs, | * | |
| | * | MAGISTRATE: 1 |
| Versus | * | |
| | * | |
| UNITED HEALTHCARE | * | |
| OF LOUISIANA, INC. | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT

**PLAINTIFFS** respectfully request to be heard on Defendant's Motion to Terminate Proceedings, set for hearing before this Honorable Court on March 1st, 2000, at 9:00 a.m. Plaintiffs respectfully submit that oral argument will aid and assist the Court in determining whether Defendant's Motion should or should not be granted.

FEB 2 4 2000

DATE OF ENTRY

Respectfully submitted,

_____
**RUSS M. HERMAN**, La. Bar No. 6819
**STEVEN J. LANE, T.A.**, La. Bar No. 7554
**STEPHEN J. HERMAN**, La. Bar No. 23129
**Herman, Herman, Katz & Cotlar, L.L.P.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone (504) 581-4892
Fax No. (504) 561-6024
**Attorneys for R. Ray Orrill, Toni Orrill, And Kim Clark, Plaintiffs.**

## ORDER

Considering Plaintiffs' Request for Oral Argument:

**IT IS HEREBY ORDERED** that Plaintiffs' Request is hereby **GRANTED**.

_____
JUDGE

W:\Cases 25000 to 30000\26430\Pld\002 Requsts for Oral Argument.wpd

- Page 2 -