```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2000 FEB 22  A 10: 53

                                              LORETTA G. WHYTE
                                                    CLERK
```

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R. RAY ORRILL, Jr., and<br>TONI ORRILL, individually<br>and on behalf of their minor<br>child, JOHN WILLIAM<br>REMINGTON ORRILL, and<br>KIM CLARK, individually and<br>on behalf of her minor child,<br>NOLAN WILLIAMS, and on behalf<br>of a class of others similarly situated,<br><br>        Plaintiffs,<br><br>Versus<br><br>UNITED HEALTHCARE<br>OF LOUISIANA, INC.<br><br>        Defendants. | * * * * * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO. 00-0299<br><br><br><br>SECTION: L<br><br><br>MAGISTRATE: 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT

**PLAINTIFFS** respectfully request to be heard on their Motion and Amended Motion for Class Certification, set for hearing before the Honorable Court on March 15th, 2000, at 9:00 a.m. Plaintiffs respectfully submit that oral argument will aid and assist the Court in determining that this case is

DATE OF ENTRY  FEB 2 4 2000



appropriate for class certification.

Respectfully submitted,

_____

**RUSS M. HERMAN**, La. Bar No. 6819
**STEVEN J. LANE, T.A.**, La. Bar No. 7554
**STEPHEN J. HERMAN**, La. Bar No. 23129
**Herman, Herman, Katz & Cotlar, L.L.P.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone (504) 581-4892
Fax No. (504) 561-6024

**Attorneys for R. Ray Orrill, Toni Orrill, And Kim Clark, Plaintiffs.**

## ORDER

Considering Plaintiffs' Request for Oral Argument:

**IT IS HEREBY ORDERED** that Plaintiffs' Request is hereby **GRANTED**.

_____
J U D G E