UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**COPY IN CHAMBERS**

FILED
U.S. DISTRICT COURT
2000 FEB 23 A 10: 37
LORETTA G. WHYTE

R. RAY ORRILL, JR. AND
TONI ORRILL, INDIVIDUALLY
AND ON BEHALF OF THEIR
MINOR CHILD, JOHN WILLIAM
REMINGTON ORRILL, AND ON
BEHALF OF A CLASS OF OTHERS
SIMILARLY SITUATED

VERSUS

UNITED HEALTHCARE OF LOUISIANA, INC.

CIVIL ACTION NO: 00-0299

SECTION: "L"

MAGISTRATE: "1"

### MOTION FOR LEAVE OF COURT TO FILE
### BRIEF IN REPLY TO PLAINTIFFS' OPPOSITION

NOW INTO COURT, through undersigned counsel, comes Defendant, United HealthCare of Louisiana, Inc. (hereafter "United"), which represents that Plaintiffs' Memorandum In Opposition To United's Motion To Administratively Terminate Proceedings requires a response by United to clarify representations made by Plaintiffs in their Opposition and, therefore, United respectfully requests leave of Court to file a brief in reply to Plaintiffs' Opposition for the sole purpose of responding to the allegations made by Plaintiffs therein.

Respectfully Submitted:

McGLINCHEY STAFFORD
A Professional Limited Liability Company

DATE OF ENTRY FEB 25 2000

By: _____
Errol J. King – Bar Roll #17649
Ashley B. Lowe – Bar Roll #25775
One American Place, Ninth Floor
Baton Rouge, LA 70825
Telephone: 225/383-9000

Monica A. Frois – Bar Roll #20187  
643 Magazine Street  
New Orleans, LA 70130  
Telephone: 504/586-1200

## CERTIFICATE

I hereby certify that a copy of the above and foregoing "Motion For Leave Of Court To File Brief In Reply To Plaintiffs' Opposition" has this date been mailed, postage prepaid, U.S. Mail, to the following counsel of record:

    Mr. Steven J. Lane  
    **HERMAN, HERMAN, KATZ & COTLAR**  
    820 O'Keefe Avenue  
    New Orleans, LA 70113

New Orleans, Louisiana, on this 22nd day of February, 2000.

_____  
Errol J. King

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

R. RAY ORRILL, JR. AND
TONI ORRILL, INDIVIDUALLY
AND ON BEHALF OF THEIR
MINOR CHILD, JOHN WILLIAM
REMINGTON ORRILL, AND ON
BEHALF OF A CLASS OF OTHERS
SIMILARLY SITUATED

VERSUS

UNITED HEALTHCARE OF LOUISIANA, INC.

CIVIL ACTION NO: 00-0299

SECTION: "L"

MAGISTRATE: "1"

## ORDER

CONSIDERING the foregoing "Motion For Leave Of Court To File Brief In Reply To Plaintiffs' Opposition" filed by United HealthCare of Louisiana, Inc. and good cause appearing therein:

**IT IS ORDERED, ADJUDGED AND DECREED** that United HealthCare of Louisiana, Inc.'s Motion is hereby **GRANTED**.

THUS DONE AND SIGNED in New Orleans, Louisiana, this ___ day of Feb, 2000.

_____
JUDGE, United States District Court
For The Eastern District Of Louisiana