UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

R. RAY ORRILL, JR. AND
TONI ORRILL, INDIVIDUALLY
AND ON BEHALF OF THEIR
MINOR CHILD, JOHN WILLIAM
REMINGTON ORRILL, AND ON
BEHALF OF A CLASS OF OTHERS
SIMILARLY SITUATED

VERSUS

UNITED HEALTHCARE OF LOUISIANA, INC.

CIVIL ACTION NO. 00-0299

SECTION: "L"

MAGISTRATE: "1"

## UNOPPOSED MOTION TO CONTINUE
## HEARING ON MOTION FOR CLASS CERTIFICATION

**NOW INTO COURT**, through undersigned counsel, comes United HealthCare of Louisiana, Inc. (hereafter "United"), and moves this Court to continue the hearing on plaintiffs' Motion for Class Certification, currently set on March 1, 2000, to the Court's next available hearing date for the following reasons:

1.

On February 17, 2000, counsel for United received a copy of plaintiffs' Motion for Class Certification and Notice of Hearing setting the motion for hearing on March 1, 2000. Receipt of the Motion and Notice of Hearing was defense counsel's first notice of said hearing date.

2.

Pursuant to Local Rule 7.2E, "... at least fifteen days actual notice of hearing must be given to opposing counsel...." Accordingly, defense counsel did not receive adequate and proper notice of the hearing on plaintiffs' Motion by its receipt of the Motion and Notice of Hearing on February 17th, only thirteen days before the noticed hearing date.

DATE OF ENTRY FEB 29 2000

3.

Because of the insufficient notice, defense counsel does not have adequate time to prepare its opposition to plaintiffs' Motion for Class Certification.

4.

Plaintiffs' counsel has been contacted concerning continuing the hearing on plaintiffs' Motion to the next available hearing date and has no objection to such a continuation.

**WHEREFORE,** defendant, United HealthCare of Louisiana, Inc., respectfully requests that this Court continue the hearing on plaintiffs' Motion for Class Certification to the Court's next available hearing date.

Respectfully submitted:

**McGLINCHEY STAFFORD**
**A Professional Limited Liability**
**Company**

_____
ERROL J. KING (17649)
ASHLEY B. LOWE (25775)
One American Place, Ninth Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000

MONICA A. FROIS (20187)
B. AVEN BRUSER (22975)
643 Magazine Street
New Orleans, LA 70130
Telephone: (504) 586-1200

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing "Unopposed Motion To Continue Hearing on Motion for Class Certification" has this date been mailed, postage prepaid, U.S. Mail, to the following counsel of record:

    Mr. Steven J. Lane
    **HERMAN, HERMAN, KATZ & COTLAR**
    820 O'Keefe Avenue
    New Orleans, LA 70113

New Orleans, Louisiana, on February 18, 2000.

_____
B. AVEN BRUSER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

R. RAY ORRILL, JR. AND                          CIVIL ACTION NO: 00-0299
TONI ORRILL, INDIVIDUALLY
AND ON BEHALF OF THEIR                          SECTION: "L"
MINOR CHILD, JOHN WILLIAM
REMINGTON ORRILL, AND ON                        MAGISTRATE: "1"
BEHALF OF A CLASS OF OTHERS
SIMILARLY SITUATED

VERSUS

UNITED HEALTHCARE OF LOUISIANA, INC.

## ORDER

Considering the foregoing Unopposed Motion to Continue Hearing on Class Certification,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the hearing on plaintiffs' Motion for Class Certification be and is hereby **CONTINUED.**

**IT IS FURTHER ORDERED** that plaintiffs' Motion for Class Certification be re-set for hearing on _15_ day of _March_, 2000, at _9:00_ A. m. with

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this _23_ day of _Feb_____, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE