

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 25 A 11: 11

LORETTA G. WHYTE
CLERK

COPY IN CHAMBERS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R. RAY ORRILL, Jr., and | * | CIVIL ACTION |
| TONI ORRILL, individually | * | |
| and on behalf of their minor | * | |
| child, JOHN WILLIAM | * | NO. 00-0299 |
| REMINGTON ORRILL, and | * | |
| KIM CLARK, individually and | * | |
| on behalf of her minor child, | * | |
| NOLAN WILLIAMS, and on behalf | * | |
| of a class of others similarly situated, | * | SECTION: L |
| | * | |
| Plaintiffs, | * | |
| | * | MAGISTRATE: 1 |
| Versus | * | |
| | * | |
| UNITED HEALTHCARE | * | |
| OF LOUISIANA, INC. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF
IN RESPONSE TO THE DEFENDANT'S REPLY BRIEF
AND IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO TERMINATE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who represent that United's Reply Brief requires a response by Plaintiffs to clarify representations made by Defendant, and, therefore, Plaintiffs respectfully request leave of this Honorable Court to file a Sur-Reply Brief

DATE OF ENTRY FEB 29 2000



in response to Defendants' Reply Brief for the sole purpose of responding to the allegations made by Defendant therein.

Respectfully submitted,

RUSS M. HERMAN, La. Bar No. 6819
STEVEN J. LANE, T.A., La. Bar No. 7554
STEPHEN J. HERMAN, La. Bar No. 23129
**Herman, Herman, Katz & Cotlar, L.L.P.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone (504) 581-4892
Fax No. (504) 561-6024

**Attorneys for R. Ray Orrill, Toni Orrill, And Kim Clark, Plaintiffs.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Motion upon all counsel of record, by fax, and by placing a copy of same in the U.S. Mail, properly addressed and postage pre-paid, this 25th day of February, 2000.

STEVEN J. LANE

W \Cases 25000 to 30000\26430\Pld\002 Sur-Reply Brief wpd

- Page 2 -

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **R. RAY ORRILL, Jr., ET AL** | * | **CIVIL ACTION** |
| **Plaintiffs,** | * | **NO. 00-0299** |
| Versus | * | **SECTION: L** |
| | * | **MAGISTRATE: 1** |
| **UNITED HEALTHCARE OF LOUISIANA, INC.** | * | |
| **Defendants.** | * | |

## ORDER

Considering Plaintiffs' Motion for Leave to File a Sur-Reply Brief:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion be and is hereby **GRANTED**.

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this 23rd day of February, 2000.

**J U D G E**