MINUTE ENTRY
FALLON, J.
March 1, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R. RAY ORRILL, JR., ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0299 |
| UNITED HEALTHCARE OF LOUISIANA, INC. | * | SECTION "L" (1) |

Before the Court are defendant's motion to administratively terminate the proceedings based on the failure to exhaust administrative remedies and defendant's motion to stay all discovery and certification of the class.

For the reasons orally given on March 1, 2000, IT IS ORDERED that defendant's motion to administratively terminate the proceedings based on the failure to exhaust administrative remedies is GRANTED, and the case is CLOSED administratively with a right reserved to plaintiffs' to reopen the case after 120 days if their claims are not resolved by the defendant's administrative complaint process.

IT IS FURTHER ORDERED that defendant's motion to stay all discovery and certification of the class is GRANTED.

DATE OF ENTRY MAR 0 2 2000