



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -8  A 10: 20

LORETTA G. WHYTE
　　　CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R. RAY ORRILL, Jr., and <br> TONI ORRILL, individually <br> and on behalf of their minor <br> child, JOHN WILLIAM <br> REMINGTON ORRILL, and on <br> behalf of a class of others similarly situated, <br><br> **Plaintiffs,** <br><br> Versus <br><br> UNITED HEALTHCARE <br> OF LOUISIANA, INC. <br><br> **Defendant.** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 00-0299 <br><br> SECTION: L <br><br> MAGISTRATE: 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' REQUEST
## THAT DEFENDANT NOT BE GRANTED AN EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, R. Ray Orrill and Toni Orrill,

individually and on behalf of their minor child, John William Remington Orrill, and on behalf of a class of

others similarly situated, and respectfully request that any Motion by Defendants for an Extension of Time

to Plead be denied, for the reasons that follow:

DATE OF ENTRY  MAR  3 2000

I.

This case is a class action seeking declaratory and injunctive relief that would prevent Defendant, United HealthCare of Louisiana, (hereinafter "UHC"), from retroactively denying its plan members access to Children's Hospital of New Orleans, (hereinafter "Children's"), and the pediatricians and sub-specialists who are affiliated with Children's.

II.

Since the filing of this suit, undersigned counsel have received many phone calls from UHC plan members, including several calls from parents whose children are scheduled to have surgery at Children's in the near future.

III.

Ms. Christie Crane, for example, relates that her 10-month-old child was scheduled to have surgery at Children's on January 6, 2000. On the night of January 5th, she received a letter from UHC, dated December 16, 1999, but not post-marked until January 3, 2000, informing her that Children's was no longer a participating provider.

IV.

Another UHC plan member advises us that her child is scheduled to have surgery at Children's this month, and is aware of a co-worker who is a UHC plan member and whose child is scheduled to have surgery at Children's in June; by retroactively terminating Children's and its physicians, UHC has placed

the health of these children at risk.

V.

Undersigned counsel have also received several phone calls from parents who are concerned about whether their children can be admitted to the hospital in the event of an emergency and/or the necessity of switching to a new pediatrician.

VI.

For example, undersigned counsel received a carbon copy of a letter attached hereto as Exhibit "A" from the Juvenile Justice Project of Louisiana, which indicates that: "those of us with children are very happy with our current pediatrician, who does not have admitting privileges at either Ochsner or Tulane. We fear that our pediatrician may be removed from the list of primary care pediatricians and that we will be forced to change to another pediatrician."

VII.

Plaintiffs respectfully suggest that this class action lawsuit warrants expedited attention.

VIII.

Plaintiffs believe and allege that UHC's actions have placed and are continuing to place the health and welfare of thousands of children in jeopardy.

      **WHEREFORE** Plaintiffs respectfully request that any Motion by Defendant for an Extension of Time to Plead, pursuant to Local Rule 7.9 or otherwise, be denied.

      Respectfully submitted,

*/s/ Stephen J. Herman*

**RUSS M. HERMAN**, La. Bar No. 6819
**STEVEN J. LANE, T.A.**, La. Bar No. 7554
**STEPHEN J. HERMAN**, La. Bar No. 23129
**Herman, Herman, Katz & Cotlar, L.L.P.**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone (504) 581-4892
Fax No. (504) 561-6024

**Attorneys for R. Ray Orrill
And Toni Orrill, Plaintiffs.**

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the above and foregoing Request upon Defendant, through its designated agent, and through Errol J. King, Esq., One American Place, Ninth Floor, Baton Rouge, Louisiana 70825, Telephone: (225) 383-9000, Fax No. (225) 343-3076, who has informed undersigned counsel that he is representing UHC, by placing a copy of same in the U.S. Mail, properly addressed and postage pre-paid, this 7th day of February, 2000.

      */s/ Stephen J. Herman*

      **STEPHEN J. HERMAN**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **R. RAY ORRILL, Jr., et al** | * | CIVIL ACTION |
| **Plaintiffs,** | * | No. 00-0299 |
| Versus | * | SECTION: L |
| **UNITED HEALTHCARE OF LOUISIANA, INC.** | * | MAGISTRATE: 1 |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering Plaintiffs' Request that Defendant Not Be Granted an Extension of Time to Plead:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant, United HealthCare of Louisiana, Inc., not be granted an extension pursuant to Local Rule 7.9.

Or, alternatively:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the matter shall be discussed at a Status Conference to be held on February, ____, 2000, at ____ o'clock ____.m.

_____
JUDGE